ORIGINAL

Approved:     _Benjin W. Gilvier_____
             BENJAMIN WOODSIDE SCHRIER
             JACOB H. GUTWILLIG
             Assistant United States Attorneys

Before:      HONORABLE STEWART D. AARON
             United States Magistrate Judge
             Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
            -v.-                     :
                                    :
SAMUEL FISHER,                      :
     a/k/a "Brad Holiday,"          :
                                    :
                 Defendant.         :
                                    :
------------------------------------x

# 21 MAG 748

21 Mag.
RULE 5(c)(3) AFFIDAVIT

SOUTHERN DISTRICT OF NEW YORK, ss:

     KATHERINE ANGULO, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

     On or about January 20, 2021 the United States District Court for the District of Columbia (the "DDC") issued a warrant (the "Warrant") for the arrest of "Samuel Fisher, a/k/a Brad Holiday."  The Warrant was based on a complaint (the "Complaint") charging "Samuel Fisher, a/k/a Brad Holiday," with one count of unlawful entry on restricted grounds, in violation of 18 U.S.C. §§ 1752(a)(1) and 1752(a)(2), and one count of disorderly conduct on restricted grounds, in violation of 40 U.S.C. § 5104(e)(2)(D).  Copies of the Warrant, the Complaint, and the underlying agent affidavit (the "Agent Affidavit") are attached to the instant Affidavit.

     I believe that Samuel FISHER, a/k/a "Brad Holiday," the defendant, who was taken into FBI custody on January 20, 2021, in the Southern District of New York, is the same individual as the "Samuel Fisher, a/k/a Brad Holiday," who is

1

wanted by the DDC.

The bases for my knowledge and for the foregoing charges are, in part, as follows:

1.     I am a Special Agent with the FBI.  I have been personally involved in determining whether Samuel FISHER, a/k/a "Brad Holiday," the defendant, is the same individual as the "Samuel Fisher, a/k/a Brad Holiday," named in the Warrant. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned.  Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2.     Based on my participation in this investigation, my discussions with other law enforcement officers and other individuals, my review of law enforcement records and other records obtained by law enforcement, and my training and experience, I have learned the following, in substance and in part:

a.     Samuel FISHER, a/k/a "Brad Holiday," the defendant, was arrested on or about January 20, 2021, at or around 8:00 a.m., in Manhattan.  Based on my conversations with the arresting officers, I know that they recognized FISHER based on their previous review of photographs of FISHER that appear in the Agent Affidavit, Department of Motor Vehicle records, and social media accounts associated with FISHER.

b.     I interacted in person with FISHER following his arrest.  When I did so, I also recognized FISHER from my previous review of the photographs described in the preceding paragraph.

c.     Further, when the arresting officers arrested FISHER, they recovered a wallet from his person. Inside the wallet, law enforcement officers found a New York State driver's license in FISHER's name. During a lawful search of a vehicle registered in FISHER's name, which was parked in the vicinity of the apartment where FISHER was staying when he was arrested, officers also found a passport in FISHER's name.

WHEREFORE, the deponent prays that Samuel FISHER, a/k/a "Brad Holiday," the defendant, be bailed or imprisoned, as the case may be.

/s/ Katherine Angulo with permission by SDA
_____
KATHERINE ANGULO
Special Agent
Federal Bureau of Investigation

Sworn to me through the transmission of this Affidavit by reliable electronic means, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1, this 20th day of January, 2021.

_____
HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | |
| v. | ) | Case No. |
| Samuel J. Fisher | ) | |
| AKA: Brad Holiday | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Samuel J. Fisher _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and 1752(a)(2) - Unlawful Entry on Restricted Grounds;
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct on Restricted Grounds)

2021.01.20
06:52:13 -05'00'

Date: _____ 01/20/2021 _____

_____
*Issuing officer's signature*

City and state: _____ Washington, D.C. _____

_____
Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                         _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |