March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

               ,    Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(___)(___)

21m748

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

___   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence

_/s/ Tamara Giwa for Samuel Fisher_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

    Samuel Fisher
_____
Print Defendant's Name

_/s/_
Defense Counsel's Signature

    Tamara Giwa
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_1/20/21_
Date

_/s/ Stewart D. Aaron_
U.S. Magistrate Judge