DOCKET No. 21m748                   DEFENDANT Samuel Fisher

AUSA Benjamin Schrier              DEF.'S COUNSEL Tamara Giwa
                                   ☐ RETAINED  ☑ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED
                                   ☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☑ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST 1/20/21          ☐ VOL. SURR.
                                                         TIME OF ARREST 8AM              ☑ ON WRIT
☐ Other: _____                    TIME OF PRESENTMENT 4:33pm

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☑ DETENTION: RISK OF FLIGHT/DANGER    ☑ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB   ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY           ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☑ IDENTITY HEARING WAIVED              ☑ DEFENDANT TO BE REMOVED
☑ PRELIMINARY HEARING IN SDNY WAIVED   ☑ CONTROL DATE FOR REMOVAL: 2/3/2021

PRELIMINARY HEARING DATE: _____   ☐ ON DEFENDANT'S CONSENT

                                         _Stewart D. Aaron_ (signature)
DATE: 1/20/21                            _____
                                         **UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**

WHITE (original) – COURT FILE    PINK – U.S. ATTORNEY'S OFFICE    YELLOW – U.S. MARSHAL    GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016